NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EAGLE TECHNOLOGIES, INC.,**

*Plaintiff-Appellant*

v.

**UNITED STATES, DYNANET CORP.,**

*Defendants-Appellees*

---

2023-1473

---

Appeal from the United States Court of Federal Claims in No. 1:22-cv-00738-KCD, Judge Kathryn C. Davis.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.

FOR THE COURT

April 7, 2023
    Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

**ISSUED AS A MANDATE:** April 7, 2023